LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARK QUINN ANDERSON, | No. 5:22-cv-00512 MAR |
| Plaintiff, | |
| v. | ORDER AWARDING EAJA FEES |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND SEVEN HUNDRED SEVENTY EIGHT DOLLARS AND 01/10, $5,778.01 ($5,778.01) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 3/16/2023                _____

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE